court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926.

Rose & Symmes, for appellant. Lyons & Sherrard, for appellee; Edward J. Lyons and Arthur A. Sherrard, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

Steve Tellios, appellee, v. Peter Fiffles, appellant. Gen. No. 31,110.
Suit on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926. Rehearing denied January 4, 1927.

Webster, Holmes & Holmgren, for appellant; Daniel Webster and Grover E. Holmes, of counsel. Richard Hill, Jr., for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

United Boiler Heating & Foundry Company, appellee, v. Ackerman-Quigley Printing Company, appellant. Gen. No. 30,403.
Action to recover on check on which drawer stopped payment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed December 21, 1926.

Bartel, Kirk & McCormick, for appellant; Howard H. McCormick, of counsel. Knapp & Campbell, John R. Cochran, L. M. Martin and William J. Whinery, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Andrew Russel, auditor of public accounts, v. Michigan Avenue Trust Company et al.
In re intervening petition of Western Motor Car Company, appellant, v. John W. O'Leary, receiver of Michigan Avenue Trust Company, appellee. Gen. No. 30,770.
Petition of intervention in receivership to recover deposits made in bank afterwards insolvent. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed and remanded with directions. Opinion filed December 21, 1926.

Lewis, Adler, Lederer & Kahn, for appellant. Defrees, Buckingham & Eaton, for appellee; Mathew Mills and Tracy Wilson Buckingham, of counsel.

Mr. Justice Fitch delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Joseph Lamoreaux, defendant in error, v. City of Chicago et al., plaintiffs in error. Gen. No. 30,810.
Petition for mandamus to require city officials to sign warrants to pay relator's judgment or levy tax therefor. Order that writ issue. Error to the Superior Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the second division of this court